UNITED STATES of America, Plaintiff–Appellee,

v.

Wilmer MARTINEZ–MELENDEZ, Defendant–Appellant.

No. 14–41454
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 30, 2015.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Wilmer Martinez–Melendez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Martinez–Melendez has filed a response. We have reviewed counsel's brief, relevant portions of the record reflected therein, and Martinez–Melendez's response.

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion for leave to withdraw is

---

GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Martinez–Melendez's motions for a stay and for the appointment of new counsel are DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be